IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHIRLEY FARROW                          :
                                        :    CIVIL ACTION NO. 02-CV-3986
                    Plaintiff,          :
                                        :
            v.                          :
                                        :
BAYER CORPORATION;                      :    ENTRY OF APPEARANCE
BAYER AG;                               :
GLAXOSMITHKLINE, PLC;                   :
GLAXOSMITHKLINE;                        :
SMITHKLINE BEECHAM                      :
                                        :
                    Defendants.         :

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

     Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T.

Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____          _____
Hope S. Freiwald                          Aline Fairweather


_____          _____
Alison T. Conn                            Kirstin J. Miller


Dated:  August 14, 2002               DECHERT PRICE & RHOADS
                                      4000 Bell Atlantic Tower
                                      1717 Arch Street
                                      Philadelphia, PA  19103-2793
                                      (215) 994-4000